No. 04–8055. WALKER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–8063. ELDER v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 04–8066. SOWELL v. BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8068. NEGRON v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8072. JOHNSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–8076. MOXLEY v. BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8079. ALEXANDER v. GEIER ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–8080. BELL v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 04–8081. BRYANT v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–8087. MULE' v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 04–8088. MOORE v. MORRIS, HEAD OF OPERATIONS, ATOKA HIGHWAY & MAINTENANCE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–8091. CROSS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–8093. CASSIDY v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 04–8095. DUDLEY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–8096. ERWIN v. SMITH, SHERIFF, SMITH COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.